**Dismissed and Memorandum Opinion filed August 2, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00429-CV

## METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, AND CHARLIE KENNEDY, JR., Appellants

## V.

## PRIYA  GOPINATH  MEAVE, Appellee

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-45019**

### MEMORANDUM  OPINION

This is an attempted accelerated interlocutory appeal from an order signed September 20, 2021. Appellants' notice of appeal was filed June 10, 2022. The notice of appeal must be filed within 20 days after the order is signed in an accelerated interlocutory appeal. *See* Tex. R. App. P. 26.1(b).

Appellants' notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal

beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellants' notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On June 24, 2022, notification was transmitted to all parties that the appeal was subject to dismissal without further notice for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellants filed no response.

Accordingly, the appeal is dismissed for want of jurisdiction.


PER CURIAM


Panel consists of Justices Zimmerer, Spain, and Poissant.